AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| ROLLS-ROYCE plc, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:10cv457 LMB/JFA |
| UNITED TECHNOLOGIES CORPORATION (d/b/a PRATT & WHITNEY) | ) ) ) | |
| *Defendant* | ) | |

FILED
2010 AUG 27 P 3: 35
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United Technologies Corporation
Serve: CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James A. Oliff
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Telephone: 703-836-6400
Facsimile: 703-836-2787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/05/2010

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Rolls-Royce plc )<br>)<br>)<br>)<br>**Plaintiff** )<br>)<br>v. )<br>United Technologies Corporation (d/b/a Pratt & Whitney) )<br>)<br>)<br>**Defendant** ) | Case No.: 1:10cv457 LMB/JFA |

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Civil Cover Sheet, Complaint, Financial Interest Disclosure Statement, First Amended Complaint, Appearance of Counsel and Exhibit A

SERVE TO: United Technologies Corporation (d/b/a Pratt & Whitney) c/o CT Corporation System
SERVICE ADDRESS: 4701 Cox Road, Suite 301, Glen Allen, Virginia 23060

DATE SERVED: August 26, 2010   TIME SERVED: 9:05 AM

PERSON SERVED: Katie Bush, Agent for Service, authorized to accept.

Described herein:
Gender: Female   Race/Skin: White   Hair: Blonde   Age: 25   Height: 5'5"   Weight: 140

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

8-26-10
Executed on:

Kenneth V. Condrey
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID. 10-045510   Client Reference: N/A
CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050