IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROLLS-ROYCE PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:10cv0457 (LMB/JFA) |
| v. ) | |
| ) | |
| UNITED TECHNOLOGIES ) | |
| CORPORATION ) | |
| (d/b/a PRATT & WHITNEY), ) | |
| ) | |
| Defendant. ) | |

## ORDER

On Friday, February 11, 2011, counsel for the parties appeared before the Court on defendant's Motion to Strike Rolls-Royce's First Supplemental Initial Disclosures (Docket no. 344) and plaintiff's Motion to Strike United Technologies Corporation's First and Second Supplemental Initial Disclosures (Docket no. 358). At the hearing counsel for the parties represented that an agreement had been reached as to the subject matter at issue in both motions. Therefore, it is hereby

ORDERED that defendant's Motion to Strike (Docket no. 344) is denied as moot; it is further

ORDERED that plaintiff's Motion to Strike (Docket no. 358) is denied as moot.

Entered this 11th day of February, 2011.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia