IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROLLS-ROYCE PLC, | ) |
| Plaintiff, | ) |
| v. | ) 1:10cv457 (LMB/JFA) |
| UNITED TECHNOLOGIES CORPORATION (d/b/a PRATT & WHITNEY), | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the remainder of Plaintiff Rolls-Royce plc's Motion to Dismiss and Strike United Technologies Corporation's Affirmative Defenses and Counterclaims of Inequitable Conduct, Estoppel, Laches, and Unclean Hands [Dkt. No. 195] is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 2nd day of March, 2011.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge