**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ROLLS-ROYCE PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:10-cv-457-LMB-JFA |
| v. ) | |
| ) | |
| UNITED TECHNOLOGIES ) | |
| CORPORATION (d/b/a PRATT & ) | |
| WHITNEY), ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBMISSION OF DEMONSTRATIVE EXHIBITS
DISCUSSED DURING MAY 10, 2011 HEARING**

Defendant United Technologies Corporation ("UTC") hereby files the demonstrative exhibits discussed during the May 10, 2011 hearing concerning summary judgment of noninfringement. At that hearing, UTC presented a set of slides (numbered 1-21) to the Court and Rolls-Royce. UTC, Rolls-Royce and/or the Court expressly discussed the following numbered slides during the hearing: 2, 4-10, 13-15, 17, and 18. To provide a complete record of the proceedings, UTC hereby files the slides that were discussed at the hearing (attached as Exhibit 1).

Dated:  May 25, 2011                                       Respectfully submitted,

*Of Counsel*:

Philip S. Beck
Jason L. Peltz
Chris Lind
Michael J. Valaik
Hamilton H. Hill
Paul J. Skiermont
Andrew C. MacNally
BARTLIT BECK HERMAN
    PALENCHAR & SCOTT LLP
54 West Hubbard St.
Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440

/s/ C. Brandon Rash
Donald R. Dunner (DCB #38273)
don.dunner@finnegan.com
Allen M. Sokal (DCB #188045)
allen.sokal@finnegan.com
Don O. Burley (DCB #439163)
don.burley@finnegan.com
Gerald F. Ivey (DCB #367009)
gerald.ivey@finnegan.com
M. Andrew Holtman (DCB #478923)
andy.holtman@finnegan.com
C. Brandon Rash (VSB #72248)
brandon.rash@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Phone: (202) 408-4000
Fax: (202) 408-4400

Robert L. Burns (VSB #65159)
robert.burns@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

**Counsel for Defendant**
**United Technologies Corporation**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2011, I will electronically file the foregoing **UTC's Notice of Submission of Demonstrative Exhibits Discussed During May 10, 2011 Hearing** with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Scott G. Lindvall
KAYE SCHOLER LLP
425 Park Ave.
New York, NY 10022
Telephone: (212) 836-8700
Facsimile: (212) 836-6369
slindvall@kayescholer.com

William P. Berridge
Richard E. Rice
Aaron Levi Webb
OLIFF & BERRIDGE, PLC
277 South Washington Street
Alexandria, VA 22314
Telephone: (703) 836-6400
Facsimile: (703) 836-2787
wberridge@oliff.com
rrice@oliff.com
awebb@oliff.com

Counsel for Plaintiff
Rolls-Royce plc

R. William Sigler
KAYE SCHOLER LLP
901 15th St., NW
Suite 100
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580
bsigler@kayescholer.com

/s/ C. Brandon Rash
C. Brandon Rash (VSB #72248)
brandon.rash@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Phone: (202) 408-4000
Fax: (202) 408-4400